IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MAGAN DAVIDSON-NADWODNY,<br><br>      Plaintiff,<br><br>      v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>      Defendants. | Case No. 1:07-cv-02595-CCB |

**CONSENT MOTION TO FILE UNDER SEAL CERTAIN
EXHIBITS FILED IN SUPPORT OF DEFENDANTS'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendants Wal-Mart Stores East, L.P. ("Wal-Mart"),[1] Harry Anuszewski, and Loretta Norkitis,[2] through counsel, hereby respectfully request that the Court file under seal certain exhibits filed in support of Defendants' Motion for Summary Judgment. Specifically, Defendants request that Exhibits 2, 3, 5 and 6 to Exhibit A, Excerpts of Deposition of Plaintiff Magan Davidson-Nadwodny; and Exhibits 4 and 5 to Exhibit B, Declaration of Harry Anuszewski, be filed under seal.

Defendants request that the Court file these exhibits under seal because they contain information that Defendants have designated as confidential pursuant to the Stipulated Protective Order entered by the Court on October 31, 2008 in this case. In particular, the exhibits that Defendants request be filed under seal contain confidential Wal-Mart commercial information and sensitive personnel information of its current and former employees not generally known

---

[1] Plaintiff misidentified the name of the corporate defendant in her Complaint. The correct corporate entity is Wal-Mart Stores East, L.P., not "Wal-Mart Associates, Inc."

[2] Sharon Sedler is named as a defendant in this case but has not been served with process to date.

outside of the Wal-Mart employment setting.  Wal-Mart has a proprietary interest in its confidential commercial information and its employees have certain privacy rights regarding their sensitive personal information, and disclosure of the information in the identified exhibits would serve to violate those interests and rights.

Undersigned counsel contacted *pro se* Plaintiff to determine whether or not she consents to the relief sought herein, and she replied, "Yes I consent to maintaining the protection of documents as originally agreed upon."

For the foregoing reasons, Defendants respectfully request that the Court grant this Consent Motion, and order that the above-referenced exhibits be filed under seal.

Dated:  August 14, 2009                                         Respectfully submitted,

                                                                                   /s/ S. Libby Henninger
                                                                Kevin M. Kraham (Bar No. 26220)
                                                                S. Libby Henninger (Bar No. 17389)
                                                                LITTLER MENDELSON, P.C.
                                                                1150 17th Street, N.W., Suite 900
                                                                Washington, DC  20036
                                                                (202) 842-3400  Telephone
                                                                (202) 842-0011  Facsimile
                                                                kkraham@littler.com
                                                                lhenninger@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2009, a true and correct copy of the foregoing Consent Motion To File Under Seal Certain Exhibits Filed In Support Of Defendants' Motion for Summary Judgment was served by first class mail, postage prepaid, upon the following:

>Magan Davidson-Nadwodny
>9 Lincoln Street
>Timonium, Maryland  21093

>_____/s/ S. Libby Henninger_____
>S. Libby Henninger