**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| **MAGAN DAVIDSON-NADWODNY,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**WAL-MART ASSOCIATES, INC., et al.,**<br><br>　　　　**Defendants.** | **Case No. 1:07-cv-02595-CCB** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT
MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS FILED IN SUPPORT OF
<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

　　　　1.　　　Local Rule 105.11.

Dated: August 14, 2009　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ S. Libby Henninger
　　　　　　　　　　　　　　　　　　　　Kevin M. Kraham (Bar No. 26220)
　　　　　　　　　　　　　　　　　　　　S. Libby Henninger (Bar No. 17389)
　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　　1150 17th Street, N.W., Suite 900
　　　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　　　(202) 842-3400  Telephone
　　　　　　　　　　　　　　　　　　　　(202) 842-0011  Facsimile
　　　　　　　　　　　　　　　　　　　　kkraham@littler.com
　　　　　　　　　　　　　　　　　　　　lhenninger@littler.com